UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORTEZ BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD WATSON, TRINITY SERVICE GROUP, and DR. DAVID MARCOWITZ,<br><br>        Defendants. | Case No. 21-cv-138-JPG |

### JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- Count 1:  in favor of defendants Richard Watson and Trinity Service Group and against plaintiff Cortez Brown;

- Count 2:  in favor of defendant Richard Watson and against plaintiff Cortez Brown;

- Count 3:  in favor of defendants Richard Watson and Dr. David Marcowitz and against plaintiff Cortez Brown; and

- Count 4:  in favor of defendant Dr. David Marcowitz and against plaintiff Cortez Brown;

and this case is dismissed with prejudice.

**DATED:  April 4, 2024**

                                    **MONICA A. STUMP, Clerk of Court**
                                    **s/Tina Gray, Deputy Clerk**



**Approved:**    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**